City of New York, as against HALSWORTH REALTIES, INC., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

BORIS SAID, on Behalf of Himself and on Behalf of All Stockholders of EITINGON SCHILD Co., INC., Who Shall Join in This Action and Contribute to the Cost Thereof, Respondent, v. EITINGON SCHILD Co., INC., and Others, Appellants.— Order unanimously modified by limiting examination before trial to the defendants Eitingon Schild Co., Inc., Fur Companies Syndicate Co., Inc., and Motty Eitingon, without prejudice to the renewal of the motion as to the remaining parties sought to be examined if such an examination be found to be necessary after the examination of Eitingon Schild Co., Inc., Fur Companies Syndicate Co., Inc., and Motty Eitingon has been concluded, and as so modified affirmed, without costs. No opinion. The date for the examination, discovery and inspection to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

BORIS SAID, on Behalf of Himself and on Behalf of All Stockholders of EITINGON SCHILD Co., INC., Who Shall Join in This Action and Contribute to the Cost Thereof, Respondent, v. EITINGON SCHILD Co., INC., and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

MICHAEL BRODERICK, a Taxpayer of the City of New York, Appellant, v. JOHN H. DELANEY and Others, Constituting the Board of Transportation of the City of New York, and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

STANLEY D. WINDERMAN, Respondent, v. HARRY NEIMAN and Others, Appellants. — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

LAWYERS TRUST COMPANY, Heretofore Known as LAWYERS COUNTY TRUST COMPANY and COUNTY TRUST COMPANY OF NEW YORK, Respondent, v. LOUIS ROSENBLUM, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

ROBERT A. HANLEY, Respondent, v. JOHN T. NORTON, Appellant.— Order unanimously modified by striking out so much of paragraph fifth of the amended complaint as alleges " after the said Collopy had duly recovered a judgment against the defendant for the amount of said share plus interest and costs," and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

ANNA CASE SHEROVER, Respondent, v. MILES M. SHEROVER, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

UNITED STATES OF AMERICA, Respondent, v PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Successor to the BANK OF THE MANHATTAN TRUST COM-